**Sunday Lee ROBERTS, Respondent,**

v.

**James Ralph ROBERTS, Appellant.**

**No. WD 45998.**

Missouri Court of Appeals, Western District.

Nov. 24, 1992.

James A. Fluker, Kansas City, for appellant.

Donald A. Witt, Platte City, for respondent.

Before FENNER, P.J., and TURNAGE and SPINDEN, JJ.

### ORDER

PER CURIAM.

Appeal from an order of the trial court modifying decree of dissolution. Judgment affirmed. Rule 84.16(b).